UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-114 (4) JRT/RLE |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM CLIFFORD BAKKEN, | |
| Defendant. | |

---

Jeffrey S. Paulsen, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

David Roston, **SEGAL ROSTON & BERRIS,** 250 Second Avenue South, Suite 225, Minneapolis, MN 55401; Robert Oleisky, **OLEISKY & OLEISKY, PA**, 250 Second Avenue South, Suite 225, Minneapolis, MN 55401, for defendant.

The Court, having been notified that the defendant wishes to enter a guilty plea and the next available date available for a hearing in Fergus Falls is beyond the speedy trial deadlines in this case.  Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED** that the period from the date of this order through July 28, 2010 shall be excluded from the Speedy Trial Act computations in this case pursuant to 18 U.S.C. § 3161(h)(8)(A).

**IT IS FURTHER ORDERED** that the change of plea hearing in this case is now

scheduled for July 28, 2010 at 4:30 p.m.  The change of plea hearing will be held in Courtroom 2 at the United States Courthouse, 118 South Mill Street, Fergus Falls, MN 56537.


Dated: July 9, 2010
at Minneapolis, Minnesota                 s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                       United States District Judge